# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHRISTOPHER MICHAEL NEWELL, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.: 5:16-cv-74 |
| CORRECTIONS CORPORATION OF AMERICA; WARDEN HILTON HALL; OFFICER SMITH; OFFICER PAULK; OFFICER GRADY; MISS BELL; and WARDEN BLOODWORTH, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 16, 2017, Report and Recommendation, dkt. no. 8, to which Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DENIES** Plaintiff leave to appeal *in forma pauperis*, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 21 day of April, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)